_____

No: 24-1202
_____

United States of America

Plaintiff - Appellee

v.

Richard Wesley Marshall

Defendant - Appellant

------

Appeal from U.S. District Court for the District of Nebraska - Omaha
(8:23-cr-00086-BCB-10)

------

**JUDGMENT**

Before SMITH, Chief Judge,[1] KELLY, and KOBES, Circuit Judges.

    This court has reviewed the original file of the United States District Court. It is ordered by the court that the detention order of the district court is summarily affirmed. See Eighth Circuit Rule 47A(a).

    April 01, 2024

Order Entered at the Direction of the Court:
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
    /s/ Stephanie N. O'Banion

---

[1] Judge Smith completed his term as chief judge of the circuit on March 10, 2024. See 28 U.S.C. § 45(a)(3)(A).